BRUCE NYE, SBN 77608
MICHAEL SACHS, SBN 235048
ADAMS | NYE | SINUNU | BRUNI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

MICHAEL J. HAYS (*pro hac vice*)
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan Street
South Bend, Indiana 46601-1632
Telephone: (574) 233-1171

Attorneys for Defendants
WHIRLPOOL CORPORATION
and SEARS, ROEBUCK & CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. C 06-00543 VRW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The parties having resolved this matter, it is hereby stipulated that this matter may and shall be dismissed with prejudice.

DATED: August 29, 2006

LAW OFFICES OF KENNETH W. TURNER

By: _____
KENNETH TURNER
Attorney for Plaintiff
FIRE INSURANCE EXCHANGE

1.

DATED: _August 29_, 2006          ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By: _____
                                  MICHAEL SACHS
                                  Attorneys for Defendants
                                  SEARS , ROEBUCK & CO. and
                                  WHIRLPOOL CORPORATION


## ORDER

The parties having so stipulated, IT IS SO ORDERED.


DATED: ___August 31___, 2006     _____
                                  United States District Court Judge

---

2.

STIPULATION AND ORDER FOR DISMISSAL