IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 06-00543 JSW |
| v. | **ORDER DIRECTING GOVERNMENT TO RE-SERVE DEFENDANT** |
| MAURICE FINLEY, | |
|     Defendant. | |

On May 4, 2009, Maurice Finley filed a document entitled "Defendant's Response to Plaintiff's Failure to Show Cause." In that document, Finley states that he has not received the Government's response to this Court's Order to Show Cause. However, the Government did filed its response on April 10, 2009. In addition, the Government filed a Certificate of Service stating that it served Finley by mail. However, in order to ensure that Finley receives a copy of the Government's response, the Court HEREBY ORDERS the Government to re-serve Finley with its response by no later than May 15, 2009. Finley may file a traverse within 30 days after re-service. It is FURTHER ORDERED that the Government shall e-file a copy of its response in the above captioned case. All future filings shall be made in the criminal case docket, rather than the civil docket.

**IT IS SO ORDERED.**

Dated: May 8, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE